NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CORNELL D.M. JUDGE CORNISH,**
*Plaintiff-Appellant,*

v.

**DAVID J. KAPPOS, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE, UNITED STATES PATENT AND TRADEMARK OFFICE, HARRY I. MOATZ, DIRECTOR, OFFICE OF ENFORCEMENT AND DISCIPLINE, AND WILLIAM J. GRIFFIN, STAFF ATTORNEY, OFFICE OF ENROLLMENT AND DISCIPLINE,**
*Defendants-Appellees.*

---

2012-1157

---

Appeal from the United States District Court for the District of Columbia in case no. 07-CV-1719, Judge Richard W. Roberts.

---

ON MOTION

---

**O R D E R**

Cornell D.M. Judge Cornish moves to file a response to Appellees' filing of April 12, 2012.

On April 12, 2012, Appellees filed an unopposed motion for an enlargement of time to file their brief. Cornish acknowledges in the present motion that he agreed to the enlargement. The court granted the enlargement of time on April 13, 2012.

To the extent Cornish is arguing the merits of his case, those arguments belong in his brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

**MAY 17 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Cornell D.M. Judge Cornish
    Raymond T. Chen, Esq.

s23

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 17 2012

JAN HORBALY
CLERK